## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| KAREN I. TUCKER, | |
| Plaintiff, | Case No. 3:21-cv-03191-SEM-TSH |
| v. | |
| WILBER AND ASSOCIATES P.C., | |
| Defendant. | |

### NOTICE OF VOLUNTARY DISMISSAL

NOW COMES the Plaintiff, KAREN I. TUCKER, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismissing her claims against Defendant, WILBER AND ASSOCIATES P.C., with prejudice, with all parties to bear their own attorney's fees and cost.

Dated: November 19, 2021

Respectfully submitted,

KAREN I. TUCKER

By: */s/ Mohammed O. Badwan*

Mohammed O. Badwan
**SULAIMAN LAW GROUP, LTD.**
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
mbadwan@sulaimanlaw.com